**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**AT CINCINNATI DIVISION**

| | |
|---|---|
| **IN RE:** | **IN PROCEEDINGS UNDER CHAPTER 7** |
| **RACHEL A EVERETT** | **CASE NO: 19-10589** |
| **DEBTOR** | **JUDGE: BETH A. BUCHANAN** |

**TRUSTEE'S ABANDONMENT OF PROPERTY**

On request of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper for an abandonment by the Trustee of certain real estate described herein; and it appearing that there is no equity in the property described herein for the benefit of unsecured creditors, the Trustee does hereby abandon the following described property as an asset of inconsequential value to the estate, to-wit:

4520 Hillside Avenue, Cincinnati, OH 45233

FOR LEGAL DESCRIPTION, SEE EXHIBIT "A" ATTACHED.

/s/ Eric W. Goering
Eric W. Goering

## CERTIFICATE OF NO REQUEST FOR FURTHER NOTICE/NO OBJECTION

This is to certify that the undersigned has caused the docket to be checked following the first meeting of creditors and no additional notice request appears thereon or, if one has been filed, additional notice has been provided to the party requesting same without timely objection.

                                            Respectfully Submitted,

                                            /s/ Matthew Murtland
                                            Shapiro, Van Ess, Phillips & Barragate, LLP
                                            Matthew Murtland (OH-0088290)
                                            4805 Montgomery Road, Suite 320
                                            Norwood, OH 45212
                                            Phone: (513) 396-8100
                                            Fax: (847) 627-8805
                                            Email: mmurtland@logs.com

EXHIBIT "A"
LEGAL DESCRIPTION

Situate in Section 16, Delhi Township, Hamilton County, State of Ohio, and being more particularly described as follows:

Beginning at a point in the center line of Hillside Avenue at the southwest corner of Lot 34 of P. Zinn's Subdivision of Anderson Ferry as recorded in Plat Book 4, page 296, Records of Hamilton County, Ohio; thence south 69 degrees 07' east a distance of 44.25 feet to a point; thence south 69 degrees 24' east a distance of 48.96 feet to a spike; which spike is the true place of beginning of this description; thence on a line parallel to and 93 feet east of the west line of said Lot 34 of P. Zinn's Subdivision of Anderson Ferry, north 25 degrees 07' east a distance of 102.18 feet to an iron pipe; thence south 32 degrees 37' east a distance of 170.50 feet to a pike in the center line of Hillside Avenue; thence north 69 degrees 24' west a distance of 144.32 feet to a spike, the place of beginning, forming a triangular tract of land.

Avenue, 93 feet and extending northwadly to the top of the hill and known as the west 93 feet of Lot No. 34 of Peter Zinn's Subdivision of Anderson Ferry, shown in Plat Book 4, pages 296 and 297 of the Hamilton County, Ohio Plat Records.

TRACT III: 540-80-32
Situate in Section 16, Town 3, Fractional Range 1, Miami Purchase, Delhi Township, Hamilton County, State of Ohio, and being the easterly portion of Lot No. 6 North of Hillside Avenue, of the Trustees Secion Subdivision, recorded in Deed Book No. 76, page 311, Hamilton County Records, and said portion being more particularly described as follows:

Beginning at a point where the center line of Hillside Avenue intersects the west line of Peter Zinn's Subdivision, a plat of said subdivision recorded in Plat Book 4, pages 296 and 297, Hamilton County Records; thence northwardly along the west line of Peter Zinn's Subdivision, seven hundred and thirty-nine and 25/100 (739.25) feet to the north-east corner of said Lot No. 6; thence in a northwestwardly direction along the north line of said Lot No. Six (6), one hundred and twenty-nine (129) feet; thence southwardly parallel to the west lien of Peter Zinn's Subdivision, eight hundred and eighteen and 95/100 (818.95) feet to a point in the center line of Hillside Avenue; thence Eastwardly along the center line of Hillside Avenue one hundred and ten (110) feet to the place of beginning.

1

## **CERTIFICATE OF SERVICE**

I certify that on April 12, 2019, copies of the foregoing were served by mailing the same by ordinary U.S. Mail, postage prepaid, and/or electronically as permitted by local rule, to the persons listed below.

**Served by Regular U.S. Mail**

Rachel Everett
a/k/a Rachel A Everett
4520 Hillside Ave
Cincinnati, OH 45233

**Electronic Mail Notice List**

John W Rose
35 East Seventh Street
Suite 610
Cincinnati, OH 45202

Eric W. Goering
220 West Third Street
Suite 399
Cincinnati, OH 45202

Office of the U.S. Trustee
36 East Seventh Street
Suite 2030
Cincinnati, OH 45202

/s/ Matthew Murtland_____
Shapiro, Van Ess, Phillips & Barragate, LLP
Matthew Murtland (OH-0088290)
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone: (513) 396-8100
Fax: (847) 627-8805
Email: mmurtland@logs.com